

ORIGINAL

FILED

12/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0004

FILED

DEC 2 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0004

IN RE THE PETITION OF
MALCOLM M. GILBERT

ORDER

Malcolm M. Gilbert has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since May 2024.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 23rd day of December 2024.

For the Court,

By _____
                    Justice